IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAYMOND SEWELL                                                                                            PLAINTIFF

v.                                            Case No. 2:13-CV-02154

DAVID SPICER, Jail Administrator, Logan
County Detention Center                                                                                  DEFENDANT

**O R D E R**

      The Court has received proposed findings and recommendations (Doc. 20) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

      Accordingly, IT IS ORDERED that Defendant's motion to dismiss (Doc. 19) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 13th day of August, 2014.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE